Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of MICHAEL CONNELL, Respondent, against WALSH CONSTRUCTION COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of LILLIAN GOLDSTEIN, Respondent, against BLEIBERG PLUMBING SUPPLIES, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—